June 13, 1980.

428 A.2d 240

Commonwealth v. Coda, Appellant.

Argued November 12, 1979. John T. Bender, for appellant; Charles W. Johns, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

428 A.2d 240

Commonwealth v. Crommie, Appellant.

Reargument Denied Sept. 9, 1980.

Argued March 19, 1980. Thomas R. Wilson, for appellant; Lee Ruslander, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.